ALBANESE *v.* PIERCE ET AL.

No. 247.   Decided October 14, 1957.

*Charles A. Horsky* and *J. Warren Upson* for appellant.
*David Goldstein* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

UNITED STATES *v.* VORREITER.

No. 168.   Decided October 14, 1957.

*Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for the United States.

PER CURIAM.

The petition for writ of certiorari is granted.   The judgment of the Supreme Court of Colorado is reversed. *United States* v. *Security Trust & Savings Bank,* 340 U. S. 47.